AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jul 22, 2025 4:02 PM
Lucy H.Carrillo, Clerk of Court

| United States of America | ) | |
| v. | ) | Case No. |
| Devan Caulk | ) | MJ 25-00957 RT |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 10 and April 16, 2025__ in the county of __Honolulu__ in the
District of __Hawaii__ , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 2251(a) | production of child pornography |
| 18 U.S.C. § 2251(a) | production of child pornography |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jennifer Cardiff, Special Agent, FBI
*Printed name and title*

Sworn to under oath before me telephonically, and attestation
acknowledged pursuant to Fed.R.Crim.P. 4.1(b)(2).

Date:  __July 22, 2025__

City and state:  __Honolulu, Hawaii__

_____
Rom A. Trader
United States Magistrate Judge

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jennifer Cardiff, after being duly sworn telephonically, depose and state as follows:

## INTRODUCTION

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been a Special Agent since March 2019. In that time, I have investigated a variety of crimes, but I am presently assigned to the FBI's Honolulu Division, where I am assigned to the Violent Crime Task Force. As part of my current duties, I investigate criminal violations relating to child exploitation and child sexual abuse material including the illegal production, distribution, receipt, and possession of child sexual abuse material. Through my training and experience, I have had the opportunity to observe and review numerous examples of child sexual abuse material in various forms of media including computer and cellphone media and chat logs from electronic devices and social media platforms. I have utilized court-authorized search warrants, conducted physical surveillance, and interviewed subjects and witnesses. I have received training and instruction in the field of investigation of child sexual abuse material and have had the opportunity to participate in investigations relating to the sexual exploitation of children and enticement operations. I have also reviewed information relating to multiple forms of media, including cell phones, laptops, and social media accounts. I have reviewed

information pertaining to chat logs, IP addresses, internet searches, deleted files, and more. Prior to joining the FBI, I received my Juris Doctor in 2015 and worked as an attorney.

2.    I have observed and reviewed numerous examples of child pornography in various forms of media including digital media. As a result of my experience and training, I am familiar with the common practices of individuals and organizations involved in the possession and/or distribution of child pornography. I have also spoken with Special Agents who have extensive experience in child sexual exploitation investigations. Combined, these agents have participated in hundreds of child sexual exploitation investigations. These agents have frequently imparted to me the substance of their child exploitation investigations.

3.    The facts and information contained in this affidavit are based on my personal involvement in this investigation, personal knowledge and observations, my review of records and documents obtained during this investigation, and information received from other individuals, including analysts and other law enforcement officers, as well as my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause to arrest DEVAN CAULK, it does not set forth every fact known by me or the United States.

## PROBABLE CAUSE

4.      On April 17, 2025, FBI Honolulu Field Office was forwarded a Priority Level 1 Cybertip submitted by Meta Platforms, Inc, (formally known as Instagram) indicating current or imminent risk to an individual with ESP Escalation noting that the offending account was sextorting the apparent minor. The Primary Incident Type was listed as Online Enticement of Children for Sexual Acts on April 16, 2025, at 03:03:19 UTC. The apparent minor mentioned suicidal ideation and/or intent to self-harm. Instagram reported:

> The offending account is sextorting the apparent minor. The apparent minor mentions suicidal ideation and/or intent to self harm. Based on the reported chat log dated April 16, 2025 to April 17, 2025, the reported suspect appears to engage in blackmail; the reported child victim appears to express suicidal ideation if nude images are exposed to friends. The reported child victim appears to state "Killing myself" and "Cause my life would be over tf".

5.      The Cybertip further noted from Meta/Instagram:

> Meta uses an AI "adult classifier" model to help determine whether a user is an adult (18 and over) or a teen (13‑17). The model considers signals such as profile information, account creation date, and a profiles interactions with other profiles and content. This helps Meta determine when a user's true age may be different from the age they provide when signing up to use our services (shown in the "Approximate Age" field of the CyberTip). Meta uses signal from its adult classifier model when determining whether there is an apparent violation of one of the enumerated laws listed in Section 2258A of Title 18. Where there is an apparent violation, Meta generates a report to NCMEC.

6.     The suspect account was listed as screen/username "Underoos[XXX]" with email address hawaiianboi[XXX]@yahoo.com. The date of birth listed on the Instagram account was XX/XX/2004.  Some of the Internet Protocols (IPs) listed with the subject account were: 72.234.210.234 (Hawaiian Telecom), 2607:FB90:7421:0622 (T-Mobile) and 2607:FB90:7491:040B (T-Mobile).

7.     Hawaiian Telecom provided the following subscriber information for the IP address 72.234.210.234:

> Subscriber Name: Yvonne Agriagado
> Address: 24[XX] N School St Unit [X] Honolulu, HI

8.     Yahoo provided the following information for the email associated with the Instagram account Underoos[XXX] – hawaiianboi[XXX]@yahoo.com:

> Full Name: Devan Caulk
> Registration IP Address: 72.234.210.234 (Same as Meta Cybertip)
> Recovery Phone:  +1808[XXX]6814

9.     T-Mobile provided the following information for the IP address 2607:FB90:7421:0622 and 2607:FB90:7491:040B associated with Underoos[XXX] Instagram account:

> Bill Name: Keoni Kaula Powers
> Bill Address: 24[XX] School Street Unit [X], Honolulu HI
> MSISDN NO: 808-[XXX]-6814

10.    Law enforcement checks revealed that CAULK is the son of Yvonne Agrigado and Craig Caulk, who are no longer together. Yvonne is now presumed to

be married/with to Keoni Powers (Agrigado) T-Mobile subscriber.

11.    The victim ("MV1") listed in the Cybertip had a date of birth on Meta of October 11, 2007 (17 years) with IP address located in Canada. FBI Honolulu worked with the FBI Legal Attaché in Vancouver, Canada, and the Royal Canadian Mounted Police to identify the minor and ensure the minor's wellbeing on April 18, 2025.

12.    Some excerpts from the Instagram Chat between CAULK utilizing the username "Underoos[XXX]" and MV1 on April 16, 2025:

CAULK:    I'm just bored

CAULK:    Why does it matter what I do we Aren't dating nor friends

MV1:    [Uploaded content with the unique ESP identifier 661981329924201.]

[Voice Memo sent my MV1]: "Because these are my friends and you are a 16 year old who is also somebody who is hella freaky and I really don't need these people in my life sending you nudes so thank you but no, ew."

CAULK:    Well I'm not with you nor friends with you according to you

MV1:    But those are my friends

MV1:    And its disgusting

MV1:    So back the fuck off

MV1:    You fat hoe

CAULK:    Kk dumb unfaithful whore

CAULK:      Just answer my question

MV1:        [Uploaded content with the unique ESP identifier 2090995414731975.]
            [Voice memo sent by MV1]: "The fuck you mean dumb? I'm smarter than you, gah you are talking to a 13-year-old. sending your dick to a 13-year-old, be fucking for real.

MV1:        Dont you fucking dare

CAULK:      Wtv now you can leave me alone

MV1:        Youre a big fat pig and your nipples look like burnt pepperoni

MV1:        Fat bitch

CAULK:      Bye now

MV1:        Buh bye

CAULK:      [We are unable to produce this image or text.]

MV1:        Dont you dare fucking leak me.

CAULK:      Sure [MV1 Name Redacted]

CAULK:      So what if I send one of your followers your nude

MV1:        No

CAULK:      Lol

CAULK:      Rude

CAULK:      [We are unable to produce this image or text.]

MV1:        Killing myself

CAULK:    Y

MV1:    Cause my life would be over tf?[1]

CAULK:    No reason to date and get a bf then

CAULK:    Right.

13.    According to open-source checks, there was an additional police report on CAULK from the Washington State County Sheriff's Office in Washington from February 2025.  The report listed CAULK as a possible subject of another sextortion reported on February 11, 2025.  The Police Report stated that another female minor victim ("MV2") had sent someone a nude photograph of herself, and that this person was requesting sexual favors in return, or they would post the picture online. MV2 noted she was on Instagram and had shared a video with a friend, "Hawaiianboi[XXX]" and was introduced to an unknown subject with the Instagram handle of "Kaboom[XXXXX]."  The subject stated he was from Hawaii and was nineteen years old.  MV2 indicated the subject asked for a picture of her nude, which she ended up sending him.  After sending the nude picture, she deleted the message, but the subject sent the screenshot of the photo back to her and demanded sexual favors in return or he would be putting her photo on social media and sending it to their friends in common. The subject asked her to turn on her camera and to strip

---

[1] TF is a known abbreviation for "the fuck."

and touch herself. MV2 noted she did some of the things the subject requested but then he "went to far" by telling her to masturbate.

14.    On March 18, 2025, Washington State County Sheriff's Office received search warrant returns from Meta Platforms, LLC, regarding the Instagram accounts Kaboom[XXXXX], Hawaiianboi[XXX], MV2 account, and MV2 friend account.

15.    On May 2, 2025, Washington State County Sheriff's Office Detective gave a copy of the search warrant returns to this affiant.

16.    On review of the Meta returns, I determined that Hawaiianboi[XXX] introduced MV2 to his "friend" Kaboom[XXXXX] (another of CAULK's accounts). MV2 shared that she was fourteen years old, and CAULK said he was fifteen years old.  CAULK convinced MV2 to send a nude photograph and CAULK then threatened to post the photograph to specific friends, her family, and her school if she did not do whatever he told her to do.  CAULK demanded she turn on her camera while she was in the bath and demanded she spread her legs and put her hand "on top of her pussy."  MV2 begged him not to post and told him she would go to law enforcement.

17.    An example of some excerpts of the chats, not consecutive, between MV2 and CAULK utilizing the Kaboom[XXXXX] account from February 10, 2025, through:

CAULK:      I normally be fwb with people before I date if
            that's ok with u

MV2:        Yea

MV2:         How old are you tho? I'm 14

CAULK:      2000

CAULK:      Nah I'm 15

CAULK:      We good

CAULK:      Unless you u decide to not be down anymore

MV2:         What am I even supposed to do?

CAULK:      Call me and js do stuff to help me cum or I can
            give u things to do that would help me

CAULK:      Like tell u exactly what to do

CAULK:       ???

CAULK:      And prolly masturbate with me

CAULK:      Answer the call

MV2:        No I wanna see ur face. I've shown you mine. And my
            tits

CAULK:      And I'll show u

CAULK:      After I cum

CAULK:       Like I'll turn on my cam on my face

CAULK:       Answer rn

CAULK:       Or else

CAULK:      Cam on

CAULK:      Make me cum first

MV2:        Then keep urs off until you do. I don't want to see you
            stroke ur d every time we call

CAULK:        Take off top[2]

CAULK:        And bottoms

CAULK:        Yes

CAULK:        Very

CAULK:        Faster I finish faster ur done

CAULK:        10 mins if u do things when I say them

CAULK:        Pants off too

CAULK:        And underwear I wanna see all of u

CAULK:        Yes

CAULK:        Mmm fuck your beautiful asf

CAULK:        Mmm I'll cum faster if u touch yourself too 🥵 🥵

CAULK:        Also move to middle of cam

CAULK:        And I mean masturbate lol

CAULK:        Move to middle first and I'll teach y

CAULK:        Ok move ur hand to ur pussy and rub like the top
              in a small circle motion

CAULK:        Bc I want u to

CAULK:        Cmon

CAULK:        Do it or no deal

Call Record Missed false Duration 614

CAULK:        You might wanna do wtv I say from now on

MV2:          That sounds a lot like a threat

CAULK:        It is

---

[2] At this point it that MV1 and CAULK were participating in a video call on Instagram where CAULK begins to tell MV2 what to do via messaging.

CAULK:      You sent an attachment.

MV2:        Don't you dare show anyone that photo!! 😡

CAULK:      I wont

CAULK:      If you do wtv I say from now on

MV2:        WTF IS WRONG WITH YOU?! 😡

CAULK:      Do you agree

CAULK:      Yes or no

CAULK:      If u say no inpost it

CAULK:      5

CAULK:      4

CAULK:      3

MV2:        I went WAY outside my comfort zone for you to set me up?!

CAULK:      2

MV2:        Fine!

CAULK:      U tell anyone I post it too

CAULK:      Got it?

MV2:        Yeah whatever asshole

CAULK:      Oh u wanna give attitude

CAULK:      Answer again

MV2:        I'm in the bath tho

CAULK:      Now

CAULK:      U don't I post it

CAULK:      Show me u in ur bath

CAULK:      Leave cam on

CAULK:     U can keep it on fave

CAULK:     Face

CAULK:     But imma teach u how to masturbate tn

CAULK:     Rn

CAULK:     Ik what ur thinking

CAULK:     You could end the call and block me

CAULK:     But I would advise against it

CAULK:     Considering I'm following alot of your friends

CAULK:     Now turn cam on

CAULK:     And do what I say

MV2:     Please stop! I can't o this I'm not ready yet!

CAULK:     Flip cam

CAULK:     And you'll be ok I won't make u go all the way

CAULK:     Now spread legs and put hand on top pussy

CAULK:     Now

MV2:     I can't do this please!! 🙏

CAULK:     5

CAULK:     4

CAULK:     3

MV2:     PLEASE!!! 🙏🙏🙏🙏🙏

CAULK:     2

CAULK:     1

CAULK:     Do It or I js go and yk

MV2:     PLEASE STOP IM BEGGING YOU!!!

CAULK:     Yes u can and u will

CAULK:      Spread ur legs now

MV2:          I can't do this please!!

CAULK:      1

MV2:          STOP IT!!!

CAULK:      Ok if u don't wanna listen that's up to u

2025-02-12 00:07:01 UTC

[Body Call Record Missed false Duration 415]

18.     During the messaging CAULK sent MV2 a screenshot of an image of MV2 nude.  The image shows a Caucasian minor female approximately fourteen years old standing up completely nude exposing her breasts and vagina. The minor's face is visible in the screenshot. There is a rectangle box in the left-hand side of the image indicating this was a live facetime call showing the users profile picture in a small icon circle.  The user's profile picture is of a scenic view of a presumed highway in Hawaii.

19.     On May 6, 2025, Washington State County Sheriff's Office Detective and an FBI Seattle Agent interviewed MV2.  MV2 confirmed the photograph mentioned above was MV2 and was a screenshot CAULK had taken during a video call. The screenshot was taken when CAULK was telling MV2 to take off her clothes.  MV2 recalled discussing her age with CAULK and told him she was fourteen.  CAULK never showed his face during the video calls or wouldn't turn on his camera, so she thought he was her age.  CAULK used the nude photograph of

MV2 to threaten to release the image if she did not do what he said. CAULK made MV2 believe he knew where she was and threatened to hurt people around her if she didn't do what he said. MV2 said she was scared and believed CAULK. MV2 remembered CAULK told her he lived in Hawaii.

20.    The Meta accounts "Hawaiianboi[XXX]" and "Kaboom[XXXXX]" both utilized the same email address for his Meta registration, dcaulk[XXX]@gmail.com. The phone number, (808)[XXX]-6814 was used to verify the account associated with the username "Kaboom[XXXXX]".

21.    Meta subpoena returns on the "Kaboom[XXXXX]" account show that CAULK was messaging multiple minors between the ages of fourteen and sixteen years old and requesting sexual photographs after knowing the age of the minors.

22.    On July 22, 2025, FBI executed a search warrant on the premises 24[XX] North School Street Unit [X], Honolulu, Hawaii and the person of Devan CAULK.

23.    CAULK agreed to speak with investigators. CAULK admitted, among other things, the following:

    a.    CAULK confirmed his phone number was 808-[XXX]-6814;

    b.    CAULK confirmed he paid his parents for his cellphone and was not the actual subscriber for the phone number;

c.    CAULK confirmed he USED the email address Hawaiianboi[XXX]@yahoo.com;

d.    CAULK confirmed his date of birth was [XX- XX]- 2004;

e.    CAULK confirmed he had a username of D_Caulk[XX] on Instagram;

f.    CAULK confirmed he had a username Underoo[XXX] on Instagram;

g.    CAULK could not recall, but believed he probably used the username Kaboom[XXXXX] on Instagram. CAULK claimed he changed usernames a lot and could have made that username while he was "on drugs."

h.    CAULK confirmed he did have explicit conversations with MV1.  CAULK thought MV1 was sixteen years old at first but then found out she was thirteen or fourteen years old.  CAULK told MV1 he was seventeen. CAULK confirmed that he threatened MV1 to send nude photographs or he would post her explicit photographs.

i.    CAULK confirmed that had explicit conversations with MV2. CAULK said he thought MV2 was sixteen or seventeen years old, but later learned she was younger, but did not recall exact age. CAULK admitted he threatened to post explicit pictures of MV2 if she did not send more sexual

stuff. CAULK further noted the conversations with MV2 were a "blur" and did not recall because he was taking drugs he found around the house.

j.      CAULK also confirmed he was currently talking to a fourteen-year-old girl in the Philippines on Discord. CAULK confirmed he had asked for and received explicit photographs from her.

k.      CAULK defined explicit photographs as below the belt, including the vagina and depicting masturbation.

l.      CAULK confirmed there would be child pornography on his cell phone.

## CONCLUSION

24.    WHEREFORE, based upon the facts contained in this affidavit, I respectfully submit that there is probable cause to believe that DEVAN CAULK committed the offense of Production of Child Pornography in violation of 18 U.S.C. § 2251(a).

Dated:  Honolulu, Hawaii, July 22, 2025.

Respectfully submitted,

Jennifer Cardiff
Special Agent
Federal Bureau of Investigation

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime(s) found to exist by the undersigned Judicial Officer at 3:44 p.m. on July 22, 2025, at Honolulu, Hawaii.

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed. R. Crim. P. 4.l(b)(2), this 22nd day of July, 2025, at Honolulu, Hawaii.



Rom A. Trader
United States Magistrate Judge