ORIGINAL

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

JEANNETTE S. GRAVISS
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: jeannette.graviss@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 31 2025
at ____ o'clock and ____ min. ____ M
Lucy H. Carrillo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DEVAN CAULK, <br><br> Defendant. | Case No. CR 25-00071 JMS <br><br> INDICTMENT <br><br> [18 U.S.C §§ 2251(a) and 2251(e), and 2252A(a)(5)(B)] |

INDICTMENT

The Grand Jury charges:

Count 1
Production of Child Pornography
(18 U.S.C §§ 2251(a) and 2251(e))

On or about February 10, 2025, within the District of Hawaii and elsewhere, DEVAN CAULK, the defendant, did attempt to and did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting such commerce, which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depiction was actually transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting such commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

Count 2
Possession of Child Pornography
(18 U.S.C. § 2252A(a)(5)(B))

On or about July 22, 2025, within the District of Hawaii, DEVAN CAULK, the defendant, did knowingly possess material, namely a cellular telephone, that

2

contained one or more images of child pornography, as defined in 18 U.S.C. § 2256(8), which child pornography had been mailed and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting such commerce by any means, including by computer, and had been produced using materials that had been mailed and shipped and transported in such commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## Forfeiture Notice

1. The allegations set forth in this Indictment are hereby re-alleged and incorporated by reference for the purpose of noticing forfeiture pursuant to Title 18, United States Code, Section 2253.

2. The United States hereby gives notice to DEVAN CAULK, the defendant, that upon conviction of the offenses charged in Counts 1 and 2 of the Indictment, the United States will seek forfeiture of the following, in accordance with Title 18, United States Code, Section 2253(a)(3):

   a. any and all matters which contain any visual depictions described in 18 U.S.C. §§ 2251, 2251A, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed,

  shipped, or received in violation of Title 18, Chapter 110 of the U.S. Code;

 b. any property, real, or personal, constituting or traceable to gross profits or other proceeds the defendant obtained from such offense; and

 c. any property, real and personal, used and intended to be used to commit and promote the commission of the offense and any property traceable to such property.

3.  The property subject to forfeiture includes, but is not limited to, the following: electronic devices seized by the Federal Bureau of Investigation on July 22, 2025, including:

 a. a Motorola razr cellular telephone; and

 b. a Sony PS4 with serial number MD629121421.

4.  If any property subject to forfeiture pursuant to Title 18, United States Code, Section 2253(a), as a result of any act or omission of the defendant, DEVAN CAULK,

 a. cannot be located upon the exercise of due diligence;

 b. has been transferred or sold to, or deposited with, a third person;

 c. has been placed beyond the jurisdiction of the Court;

 d. has been substantially diminished in value; or

   e. has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

  DATED: July 31, 2025, at Honolulu, Hawaii.

            A TRUE BILL.

            */s/ Foreperson*
            FOREPERSON, GRAND JURY

_____
KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

_____
JEANNETTE S. GRAVISS
Assistant United States Attorney

United States v. Devan Caulk
Indictment
Case No. CR 25-00071 JMS