Salina M. Kanai  #8096
Federal Public Defender
District of Hawaii
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
Email:          salina_kanai@fd.org

Attorney for Defendant
Devan Caulk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| United States of America, | ) Cr. No. 25-00071 JMS |
| )  |
| Plaintiff, | ) Defendant's Statement Of No |
| | ) Objections To Draft Presentence |
| vs. | ) Report; Certificate Of Service |
| | ) |
| Devan Caulk, | ) Date:   02/09/2026 |
| | ) Time:  1:30 p.m. |
| Defendant. | ) Judge: Hon. J. Michael Seabright |
| | ) |
| _____ | ) |

**Defendant's Statement Of
No Objections To Draft Presentence Report**

Defendant Devan Caulk, by and through counsel, Salina M. Kanai, Federal Defender, states that he has no objections or modifications to the Draft Presentence Investigation Report, which was filed on December 23, 2025.

Defendant reserves the right to reply to any proposed amendments, modifications, or additional information offered by the Government, and/or to comment or object should the final Presentence Investigation Report differ from the draft version.

DATED: Honolulu, Hawaii, January 7, 2026.

    /s/ Salina M. Kanai
Salina M. Kanai
Attorney for Defendant
Devan Caulk

In the United States District Court, for the District of Hawaii;
<u>United States v. Caulk</u>, Cr. No. 25-00071 JMS;
Defendant's Statement Of No Objections To Draft Presentence Report

## CERTIFICATE OF SERVICE

I, Salina M. Kanai, hereby certify that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served electronically through CM/ECF:

    Jeannette S. Graviss
    Assistant United States Attorney
        Attorney for Plaintiff
        UNITED STATES OF AMERICA

Served via e-mail:

    Sara Nieling                         sara_nieling@hip.uscourts.gov
    United States Probation Officer
    300 Ala Moana Boulevard, Room 2300
    Honolulu, Hawaii  96850

DATED:  Honolulu, Hawaii, January 7, 2026.

                                      /s/ Salina M. Kanai
                                  Salina M. Kanai
                                  Attorney for Defendant
                                  Devan Caulk