KENNETH M. SORENSON
United States Attorney
District of Hawaii

JEANNETTE S. GRAVISS
Assistant United States Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Email: jeannette.graviss@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEVAN CAULK,<br><br>Defendant. | Case No. CR 25-00071 JMS<br><br>SENTENCING MEMORANDUM<br><br>Sentencing Hearing:<br>Date: February 9, 2026<br>Time: 1:30 p.m.<br>Judge: Honorable J. Michael Seabright |

UNITED STATES OF AMERICA'S SENTENCING MEMORANDUM

Comes now the United States of America, by and through Kenneth M. Sorensen, United States Attorney for the District of Hawaii, and Jeannette S. Graviss, Assistant United States Attorney, and files the following sentencing memorandum.

Background

On July 22, 2025, a criminal complaint was filed against the defendant charging him with two counts of production of child pornography. On July 31, 2025, a grand jury returned an indictment charging the defendant with one count of production of child pornography and one count of possession of child pornography. The defendant was arraigned on August 1, 2025. Less than one month after the defendant was arraigned, he indicated his desire to plead guilty in this case.

Plea Agreement and Guidelines Stipulations

The defendant pled guilty pursuant to a written memorandum of plea agreement. MOPA, ECF 22 (hereinafter "MOPA"). The United States agreed to dismiss Count 2, possession of child pornography, in exchange for the defendant's guilty plea to Count 1, production of child pornography. MOPA ¶ 4. The parties agreed to be bound by the stipulations set forth in the MOPA which calculated the Total Offense Level to be 35. MOPA ¶ 10. The defendant is a criminal history category I (ECF 27, Presentence Investigation Report, hereinafter "PSR") so the parties anticipated the guidelines range would be 168 to 210 months. Based upon the anticipated guidelines range, the parties agreed to jointly recommend a sentence of 180 months. MOPA ¶ 4.

## Request for a Downward Variance

The United States Probation Office also recommends a sentence of 180 months for the reason's set forth in the PSR. PSR, pp. 32-33. In accordance with the plea agreement, the United States is requesting a downward variance to a sentence of 180 months' imprisonment. Based upon the serious nature of the offense, the United States is also requesting that a ten-year term of supervised release be imposed with the special conditions recommended and set forth in the PSR. A sentence of 180 months followed by a ten-year term of supervised release is sufficient but not greater than necessary to meet the sentencing objectives set forth in Title 18, United States Code, Section 3553(a).

DATED: January 30, 2026, Honolulu, Hawaii.

Respectfully submitted,

KENNETH M. SORENSON
United States Attorney
District of Hawaii


By /s/Jeannette S. Graviss
    JEANNETTE S. GRAVISS
    Assistant United States Attorney

# **CERTIFICATE OF SERVICE**

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served via CM-ECF</u>:

Salina Kanai
Attorney for Defendant
DEVAN CAULK

DATED: February 2, 2026, Honolulu, Hawaii.

By <u>*/s/Jeannette S. Graviss*</u>
JEANNETTE S. GRAVISS
Assistant U.S. Attorney