# EXHIBIT A

Dear Judge Seabright,

I'm sorry to my victims. I'm sorry for the fear and conflict within their lives. I'm sorry for the desperation and lack of empathy i've shown during my crime. I'm sorry to my family for causing the instability that remains and to my parents in waivering their confidence in how I was raised. there isnt any excuse for what ive done and no amount of apology will undo that, so im just looking for an oppertunity to become a better person than I once was.

When I was arrested I felt the gravity of what I did in that single moment, I felt the regret and saw the horror on my stepdads face for what i did. I am young but, I cant and wont use that as an excuse. I'm looking to use my youth and ability to learn to create a better life for myself.

During my incarceration I intend to apply myself taking any programs avalible and hopefully get into a trade. I understand each facility offers different oppertunity but I intend to apply myself to the best of my capibility.

My hope for the future prior and after release is to use my skills and what ive learned to take care of my family the way they have and will be taking care of me during my time, supporting them during their low times in life. I'd like to be able to earn my communities trust back and just overall be a better person to everyone I meet. My biggest goal long term is to look back on my mistakes and learn from them rather than dwell and be stuck in the past. I'm looking to the evolve from an irrational young kid with no direction or future to a independent, hard working, stable man.