# EXHIBIT B

January 6, 2026

Letter of support for Devan Caulk

To the Honorable Judge J. Michael Seabright,

My name is Charlotte Nitahara and I am writing to offer information about Devan Caulk whom I have had the privilege of knowing for his entire life as his paternal aunt. I am aware of the crime he committed and his willingness to take responsibility for his mistakes.

Devan has always been a person I have loved dearly. He has a caring heart with strong family values. He was an active, rambunctious, curious toddler into his young childhood years. He was always smiling with a fun, playful personality. He loved going to the beach and family camping trips with his father, siblings, myself, and his cousins. He loved the ocean and swimming, helping prepare the meals, eating with the family, catching loose chickens in the area, and staying up late talking stories with the cousins, playing card games. He also enjoyed watching TV and playing video games.

His parents separated when he was a toddler and he was raised with both parents involved. I witnessed Devan struggle to navigate through the complex family dynamics. His mother lived with his paternal grandparents where he spent a lot of time, and his father was in another relationship where Devan was part of a blended family. His mother eventually entered into another relationship and moved out from his grandparents home, although he still maintained a close relationship with them.

Growing up, he maintained strong bonds with his paternal grandparents, my parents, as well as his great grandmother. He was the first one they would turn to to escort them in the community because he was the grandson willing to push them in their wheelchairs and help them gather items while shopping. He would choose to help his grandparents over going out with friends. His grandmother loved going fishing at Waianae Boat Harbor, sometimes staying all night. Devan often went with her to spend quality time with her, and to make sure she wasn't alone. Devan's grandfather loved to play billiards and Devan took an interest in playing as well. He often spent time bonding with his grandfather shooting pool. His grandmother, grandfather, and great grandmother knew they could rely on him.

Devan has been through some traumatic situations that appeared to have gradually decreased his uplifting personality and increased symptoms of depression.

During COVID, he did not have continual in person contact with his grandparents as he typically did. The social restrictions resulted in Devan staying in his room more often, playing video games, with increased computer use. He maintained telephone contact with family members.

In February 2021, with some social restrictions still in place, Devan's grandmother passed away unexpectedly. This tremendous loss took a significant toll on Devan's emotional stability. He

Exhibit B, Page 1

appeared to have less contact with family members, but continued to call his grandfather. It appeared he was more withdrawn and isolated for significant durations of time. When COVID restrictions were lifted, I, and other family members rarely had contact with Devan, and his mother informed me he stayed home, in his room a lot, and didn't have the desire or motivation to get a job or go out to have fun. I have not had much contact with Devan from this time; however, I took on the role of caring for my father after my mother died, and when I called Devan for his grandfather, he always responded. He showed up for his grandfather's birthday celebrations and whenever his papa needed anything. In April 2024, Devan's grandfather passed away. He was found dead in his front yard. Devan reportedly took this tragic loss very hard.

Devan is deeply loved by myself and many other family members. We witnessed changes to his personality and overall mood and hope he is provided the appropriate services with the goal of seeing him thrive again. We are available to provide support and encouragement. He is a kind hearted, respectful, young man who has made life changing mistakes. I respectfully ask that he be shown leniency in his sentencing, and be provided the mental health treatment needed to address his impulsivity, symptoms of depression, process his grief and family of origin issues, and increase his self esteem.

Feel free to contact me if additional information is needed.. Thank you for your time and consideration of this letter.

Charlotte Nitahara

Judge J. Michael Seabright,

My name is Alma-Clarise Agrigado and Devan is my nephew. His mother Yvonne Agrigado is my sister.

Devan is more than this crime. I am aware that he has pleaded guilty to the charges and has been convicted. His choice to plead guilty shows maturity and growth as a person. He is taking responsibility for his actions and choices.

Devan is a well rounded respectful young man. I reconnected with my nephew in the summer of 2024. During that time he was working 2 jobs, he is dependable, hard working and responsible. There were times when he was asked to go in on his day off and without hesitation he would be there. Even if it meant sacrificing not going to family events or having to leave family events early to ensure he got to work on time.

As an older brother my nephew is loving, kind, gentle, and protective. When we went to the beach he made sure his little brother Daemon was always safe in the water. Devan would go with Daemon in the water and supervise him to ensure nothing happened to him. Devan's interaction with his little brother reminds me of the close bond I have with my siblings, like looking out for each other. I can remember when Daemon was tired of walking, so Devan carried him the rest of the way until we had lunch. That just warmed my heart when I saw that.

Over the summer of 2024, we had a few family events like bowling, miniature golf, and hanging out at the beach. My nephew Devan was always laughing and enjoying everyone's company. He got along with everyone in our family, always being respectful, humble, and polite.

My nephew has made a mistake and will have to accept the consequences of his actions. While on this journey he won't have to face it alone. He has my full support.

Thank you for your time,



Alma-Clarise Agrigado (Aunt)

Dear Judge Seabright,

I'm writing to share my personal reflections on the character of my nephew, Devan. I am his uncle-known to many as "Uncle Tiny"-and Devan is the second eldest son of my sister. I've known him since birth and have watched him grow into a young man who, for much of his life, has embodied the values our family holds dear.

Devan has always been a loving and caring older brother, especially to his youngest sibling. He consistently helped guide him with kindness and reminded him to treat others with respect. Devan enjoyed family gatherings, particularly camping trips, and always made time to bond with his cousins, including my own children. These moments reflected his gentle nature and strong sense of family.

That's why I was deeply disappointed to learn of his recent actions. It felt out of character for someone raised with the values of aloha, responsibility, and mutual respect. I've always reminded Devan of these principles, and I know he understands their importance. My hope is that this letter offers some insight into the young man I've known-someone who has made mistakes, but who also has a foundation of love, respect, and accountability.

Thank you for considering this perspective as you evaluate Devan's character.

Sincerely,
Dennis Agrigado

*[signature]*

January 7, 2026

Aloha Judge J. Michael Seabright,

      My name is Yvonne Agrigado and I am Devan Caulk's mom. I have been to every court date Devan had and fully understand his charge, which he pleaded guilty to. Devan is more than just his conviction. Devan had a rough childhood. His father and I broke up when he was three years old, and we had an agreement to share custody. I would see Devan on the weekends and holidays as I had two jobs. Devan is a loving and caring individual. He would assist his grandparents on his father's side when they needed help around the house, running errands, or going to the doctor's. Devan would also help his great-grandmother from his father's side with pushing her wheelchair and assisting her with her shopping. Devan also helps my stepfather when he has any electronic issues or needs assistance with anything. Devan's grandparents know that they can always count on him when they call for help.

      Devan loves both his brothers and on numerous occasions have called them his best friends. He would do anything and everything he could to help his brothers. In October of 2018, his older brother Dustin fell at school and suffered a concussion and was admitted into the hospital. Devan was there at the hospital every day to visit his brother. He would also help watch his younger brother Daemon, so I could stay overnight at the hospital. I could always depend on Devan to help watch Daemon when I needed it. I work crazy hours, and Devan would walk his brother to school, pick him up, help him with his homework, make sure he ate and played video games with him. In December 2024, Daemon was invited to his first birthday party at Kid's City by one of his classmates. My husband and I were nervous to let him go to the party, but Devan volunteered to go with him to make sure everything was okay and to ease our nerves. Devan would attend Daemon's school assemblies and family nights with us.

      Some of the things that make me proud to be his mom is his determination. In High School, Devan failed his sophomore year and junior year. He was forced to transfer to a different school at the end of his first quarter of his senior year. He took the necessary classes and made up all the credits needed to graduate with his class. After graduating high school, Devan wanted to get a job and applied to multiple places and kept applying until he got a retail job. Shortly after this he got a second job cleaning kitchens and helped the household by paying rent. Devan is willing to help the community and showed this by attending the Labour of Love initiative at Nanakuli Elementary School on January 20, 2018, by painting curbsides, hopscotch walkways, and painting buildings. He also assisted with the NALC food drive in 2023 at Kailua Post Office and helped to organize and pack food for the foodbank food drive.

      I have stayed connected with Devan through phone calls, emails, and visitations. I have told Devan I do not condone his actions, but I still love and support him. He is more than just a convict; he is a loving, caring and determined and helpful son, brother, and grandson. My side as well as his father's side of the family loves him and wants to support him.

Sincerely,

*Yvonne Agrigado*
Devan Caulk's Mother

Dear Judge J. Michael Seabright,

      This is Tyra Mendoza. I personally know Devan as the brother of my significant other. I know the crimes that Devan is convicted of doing. And I also know that he has plead guilty and is being convicted of the crimes he has committed. Personally Devan was very nice to me and showed nothing but care to me for the time that i did talk to him or see him. He has helped me a lot by comforting me when I needed it. He also loved to give me things that I like. In my experience within the environment where devan was present i noticed that he loved video games and he loved to make jokes all the time. I also saw the amount of help he gave to his mother regarding his younger brother. He would walk him to school, pick him up and play games with his little brother whenever he asked. I didn't know him for too long, just 3 years, but in that time he has shown me nothing but good. Around him I notice he has a very loving family and he has some friends he would talk about that he was really close too. I also support him as a person being part of his family now.Another thing i noticed is he had alot of housework to do since my boyfriend moved out of the house. From who i know him as he is a very positive person well liked and a good person to be around.

                                                              Sincerely, Tyra Mendoza